# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODOSO SERRANO MORENO,<br><br>                    Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>                    Defendant. | CASE NO. 08CV1022 WQH (PCL)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS |

HAYES, Judge:

Pending before the Court is Plaintiff's motion to proceed in forma pauperis. (Doc. # 2).

## DISCUSSION

On June 6, 2008, Plaintiff Teodoso Serrano Moreno filed a Complaint for review of a final decision of the Social Security Administration. (Doc. # 1). Plaintiff also filed the presently pending motion to proceed in forma pauperis. (Doc. # 2).

**I. Motion to Proceed In Forma Pauperis**

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

1   In his accompanying affidavit, Plaintiff states that he is not employed and earns approximately $658.67 per/month in social security benefits. Plaintiff does not own an automobile and does not own other assets. Plaintiff was last employed in May of 2002, and does not have any dependents.

After considering Plaintiff's motion and the accompanying affidavit, the Court concludes that Plaintiff is entitled to proceed in forma pauperis. Accordingly, Appellant's motion to proceed in forma pauperis (Doc. # 2) is GRANTED.

**IT IS SO ORDERED**.

DATED: June 17, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge