# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODOSO SERRANO MORENO,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br>MICHAEL J. ASTRUE,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 08CV1022 WQH (PCL)<br><br>ORDER REFERRING SOCIAL SECURITY APPEAL TO MAGISTRATE JUDGE |

HAYES, Judge:

　　All matters arising in this social security appeal are referred to the Honorable Peter C. Lewis, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636(b)(1) and Local Rule 72.1(c).

　　**IT IS SO ORDERED**.

DATED: June 17, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/ William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　　United States District Judge