UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teodoso Serrano Moreno,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Michael Astrue,<br><br>　　　　　　Defendant. | Civil No. 08cv1022 WQH(PCL)<br><br>ORDER SCHEDULING BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT |

　　　Plaintiff has filed a complaint seeking judicial review of Defendant's denial of his application for benefits under the Social Security Act. Because the answer and the administrative record have been filed, the matter is now ready for this Court's review. Pursuant to Rule 16.1(e)(3) of the Local Rules, Early Neutral Evaluation/Case Management Conferences are not required in Social Security Cases. This order sets a briefing schedule and hearing date on cross motions for summary judgement pursuant to Local Civil Rule 7.1 (e)(6).

　　　Accordingly, Plaintiff must file his motion for summary judgment on or before **December 12, 2008**. Defendant must file its cross motion and opposition on or before **January 16, 2009**.

| | |
|---|---|
| 1 | Plaintiff must file any opposition to the cross motion on or before |
| 2 | **January 30, 2009**. |
| 3 | The motions will be heard at 10:00 a.m. on **February 10, 2009**. |
| 4 | Unless the Court directs otherwise, the matter will be resolved |
| 5 | without oral argument and no personal appearances are necessary. |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | DATED: November 13, 2008 |

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc:  All Parties and Counsel of Record